**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No. 16-1195

Caption: Norfolk Southern Railway Company, et al. vs. Pittsburgh & West Virginia Railroad, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 9 | 103 | .10 | | | | $92.70 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $92.70 | $ |

Brief Produced by Reproduction: ☐    Brief Produced by Photocopy:   X
                                                              In House:   X
                                                              Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Kathleen Jones Goldman, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/Kathleen Jones Goldman                                      09/12/17
Signature                                                        Date
Attorney for: Norfolk Southern Railway Company and Wheeling & Lake Erie Railway Company

**A certificate of service must accompany this form.**

## **CERTIFICATE OF SERVICE**

I, Kathleen Jones Goldman, certify that on September 12, 2017, I caused a copy of the Bill of Costs to be served on all counsel of record listed on the CM/ECF Service List.

/s/ Kathleen Jones Goldman
Kathleen Jones Goldman